Order issued November 30, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01518-CV

### IN RE SHANNON WHALEY, Relator

Original Proceeding from the 68th Judicial District Court
Dallas County, Texas
Trial Court Cause No. 10-14604

## O R D E R

Before Justices Bridges, Lang, and Fillmore

In accordance with the Court's opinion issued this date, the petition for writ of mandamus is conditionally **GRANTED** in part. The Court **ORDERS** the Honorable Martin Hoffman, Judge of the 68th Judicial District Court of Dallas County, to **ISSUE** an order specifying his reasons for granting a new trial in this matter. Should the trial judge fail to comply with this order, the writ will issue. The Court **ORDERS** the Honorable Martin Hoffman to file with this Court, **within thirty (30) days of the date of this order**, a certified copy of his order issued in compliance with this order.

We **DENY** the petition for writ of mandamus to the extent that relator seeks to have the order granting a new trial set aside and judgment rendered on the jury verdict, and to have this Court determine relator's reasonable attorneys' fees and costs.

We **ORDER** that relator recover her costs of this original proceeding from real parties in interest.

DOUGLAS S. LANG
JUSTICE